UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARIA MANUELA SUMBA LEMA,

        Plaintiff,

v.

LIC EVERGREEN CLEANERS INC. *et al.*,

        Defendant.
-----------------------------------------------------------x

**ORDER**
19-CV-836 (WFK) (LB)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On November 8, 2019, Magistrate Judge Lois Bloom filed a Report and Recommendation recommending the Court grant the parties' motion for settlement approval. *See* ECF Nos. 15, 17. The parties did not file written objections within fourteen days of service of Magistrate Judge Bloom's Report. To date, no objections have been filed.

The Court reviews a Report and Recommendation for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. The Court accordingly ADOPTS Magistrate Judge Bloom's Report and Recommendation, ECF No. 17, and hereby GRANTS the parties' motion for settlement approval, ECF No. 15.

                **SO ORDERED.**

                s/William F. Kuntz, II

                HON. WILLIAM F. KUNTZ, II
                UNITED STATES DISTRICT JUDGE

Dated: November 25, 2019
       Brooklyn, New York